**THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SAMANTHA RUIZ,

      Plaintiff,

v.                                  Case No.

FEDERATED COLLECTION BUREAU,

      Defendant.

_____/

## COMPLAINT

      COMES NOW Plaintiff, SAMANTHA RUIZ ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, FEDERATED COLLECTION BUREAU ("Defendant"), alleges and affirmatively states as follows:

## INTRODUCTION

      1.      Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

      2.      Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

      3.      Because Defendant conducts business in the state of Florida, personal jurisdiction is established.

      4.      Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

      5.      Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

6.      Plaintiff is a natural person who resides in Orlando, Orange County, Florida.

7.      Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8.      Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9.      Upon information and belief, Defendant is a national company located in Norcross, Georgia.

10.     Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11.     Defendant places constant and continuous collection calls to Plaintiff seeking and demanding payment for an alleged consumer debt.

12.     Defendant places calls to Plaintiff's cellular telephone and at Plaintiff's place of employment.

13.     Defendant failed to properly identify itself as a debt collector in subsequent communications.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

14.     Defendant violated the FDCPA.  Defendant's violations include, but are not limited to, the following:

a)      Defendant violated *§1692d(5)* of the FDCPA by causing the telephone the ring and engaging Plaintiff in telephone conversations repeatedly.

b)      Defendant violated *§1692d(6)* of the FDCPA by placing calls to Plaintiff without meaningful disclosure of caller's identity.

c)      Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

15.      As a consequence of Defendant's foregoing actions, Plaintiff has suffered from stress, anxiety, and humiliation.  (See attached Exhibit A).

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

16. Declaratory judgment that the Defendant's conduct violated the Federal Act, FDCPA.

17. Actual damages.

18. Statutory damages pursuant to the Federal Act, 15 U.S.C. 1692k.

19. Costs and reasonable attorney's fees pursuant to the Federal Act, 15 U.S.C. 1692k.

20. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,


By:  /s/ Jeffrey Spiegel
Jeffrey Spiegel, FBN: 0036589
Matthew Kiverts, FBN: 0013143
KROHN & MOSS, LTD.
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
T: (312) 578-9428
F: (866) 431-5576
*Attorneys for Plaintiff*


### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, SAMANTHA RUIZ, hereby demands trial by jury in this action.


VERIFIED COMPLAINT                                                3

### VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA )

      Plaintiff, SAMANTHA RUIZ, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

      Pursuant to 28 U.S.C. § 1746(2), I, SAMANTHA RUIZ, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 05-15-09

_____
SAMANTHA RUIZ
Plaintiff

**<u>EXHIBIT A</u>**

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — (YES)  NO
2. Fear of answering the telephone — (YES)  NO
3. Nervousness — YES  NO
4. Fear of answering the door — (YES) NO
5. Embarrassment when speaking with family or friends — YES  NO
6. Depressions (sad, anxious, or "empty" moods) — YES  NO
7. Chest pains — YES  NO
8. Feelings of hopelessness, pessimism — YES  NO
9. Feelings of guilt, worthlessness, helplessness — YES  NO
10. Appetite and/or weight loss or overeating and weight gain — YES  NO
11. Thoughts of death, suicide or suicide attempts — YES  NO
12. Restlessness or irritability — YES  NO
13. Headache, nausea, chronic pain or fatigue — YES  NO
14. Negative impact on my job — YES  NO
15. Negative impact on my relationships — YES  NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities:_____
_____
_____
_____
_____
_____
_____

   Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: _05-15.09_

_____
Signed Name

_Samantha Ruiz_
Printed Name